JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. RAMIREZ, | CASE NO. 2:17-CV-04683-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, | |
| Commissioner of Social Security, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: December 6, 2018

STEVE KIM
U.S. MAGISTRATE JUDGE